## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH PILCHESKY,                          :  No. 143 MM 2017
                                           :
                    Petitioner             :
                                           :
                                           :
                                           :
            v.                             :
                                           :
                                           :
                                           :
DAVID BULZONI, BUSINESS                    :
ADMINISTRATOR FOR CITY OF                  :
SCRANTON, CITY OF SCRANTON,                :
MAYOR WILLIAM COURTRIGHT, AND              :
SCRANTON CITY COUNCIL,                     :
                                           :
                    Respondents            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner has 30 days in which to submit his Petition for Allowance of Appeal.